*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  June 23, 2016                    520609
_____

THE PEOPLE OF THE STATE OF
    NEW YORK ex rel. NAKIA
    CHANEY,
                        Appellant,
        v                               MEMORANDUM AND ORDER

DOMINIC DAGOSTINO, as Sheriff
    of Schenectady County,
                        Respondent.
_____

Calendar Date:  May 3, 2016

Before:  Lahtinen, J.P., Egan Jr., Devine, Mulvey and Aarons, JJ.

                    _____


        Nakia Chaney, Johnstown, appellant pro se.

        Christopher H. Gardner, County Attorney, Schenectady, for
respondent.

                    _____


        Appeal from a judgment of the Supreme Court (Kramer, J.),
entered February 9, 2015 in Schenectady County, which dismissed
petitioner's application, in a proceeding pursuant to CPLR
article 70, without a hearing.

        Supreme Court properly dismissed petitioner's application
for a writ of habeas corpus.  The contentions raised by
petitioner, including those that are jurisdictional in nature,
could be raised upon direct appeal of his conviction or in a CPL
article 440 motion (see People ex rel. Williams v Cunningham, 106
AD3d 1303, 1304 [2013]; People ex rel. Backman v Walsh, 101 AD3d
1316, 1316 [2012], lv denied 20 NY3d 863 [2013]).  As we find no
reason to depart from traditional orderly procedure, Supreme
Court's order denying petitioner's application will not be

disturbed (see People ex rel. Williams v Cunningham, 106 AD3d at 1304).

Lahtinen, J.P., Egan Jr., Devine, Mulvey and Aarons, JJ., concur.

ORDERED that the judgment is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court